UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Ronald G. Acker )<br>)<br>          Petitioner, )<br>)<br>v. )<br>)<br>Suntrust Banks, Inc., )<br>)<br>          Respondent. )<br>_____ ) | C/A No. 8:06-cv-03614-GRA<br><br>**ORDER**<br>(Written Opinion) |

**NOTICE TO ALL PARTIES**

The defendant's Motion to Compel is scheduled to come before this Court on Monday September 24, 2007, at 11:00 AM. If this Court determines that the replies were frivolous, financial and other sanctions **will be imposed**.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

September 18, 2007
Anderson, SC